UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOYD | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:23-cv-00338-SVN |
| V. | | |
| NORTH AMERICAN MEDIA, LLC, ET AL | | |
| Defendant. | : | OCTOBER 10, 2023 |

### NOTICE OF SETTLEMENT OF CLAIM

The undersigned, as counsel for the plaintiff, hereby respectfully states that the parties, through their counsel, have reached a resolution of the above matter wherein all claims are between the parties are resolved. The parties respectfully request 30 days within which to file a dismissal of the action.

It should also be noted that the hearing scheduled for October 11, 2023 need not go forward as the parties have reached an agreement to resolve the entire matter.

THE PLAINTIFF DAVID BOYD

BY: /s/Kevin S. Coyne
Kevin S. Coyne – ct11937
Coyne, von Kuhn, Brady & Fries, LLC
4 Armstrong Road
Shelton, CT 06484
T: 203-378-7100
F: 203-378-7711
kcoyne@coynelaw.com

### *CERTIFICATION*

      This is to certify that on this 10th day of October, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

      BY:  */s/Kevin S. Coyne*
           Kevin S. Coyne – ct11937
           Coyne, von Kuhn, Brady & Fries, LLC
           4 Armstrong Road
           Shelton, CT 06484
           T: 203-378-7100
           F: 203-378-7711
           kcoyne@coynelaw.com